**Order entered May 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00134-CV

## IN RE METHODIST DALLAS MEDICAL CENTER, Relator

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-07504-L**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Carl Ginsberg, Judge of the 193rd Judicial District Court, to **VACATE** his January 30, 2013 order that grants plaintiff's motion to compel in part and denies defendant's motion for protective order and to **RENDER** an order denying plaintiff's motion to compel and granting defendant's motion for protective order.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover its costs of this original proceeding from real party in interest.

/s/     MOLLY FRANCIS
          JUSTICE
